| | |
|---|---|
| Debtor 1 | Patrick Roque |
| Debtor 2 | |
| United States Bankruptcy Court for the: | Western District of Louisiana, Shreveport Division  District of LA (State) |
| Case number | 1910210 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.**

| Name of creditor: | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-2CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2CB | Court claim no. (if known) | 4-1 |
|---|---|---|---|

**Last four digits** of any number you use to identify the debtor's account: 6720

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1 Late Charges | | |
| 2 NSF Fees | | |
| 3 Attorneys Fees | 04/26/2019 | $350.00 |
| 4 Filing Fees and Court Costs | | |
| 5 Bankruptcy/Proof Of Claim Fees | | |
| 6 Appraisal / BPO Fees | | |
| 7 Property Inspection Fees | | |
| 8 Tax Advances (Non-Escrow) | | |
| 9 Insurance Advances (Non-Escrow) | | |
| 10 Property Preservation Expenses | | |
| 11 Other Fee 1 | | |
| 12 Other Fee 2 | | |
| 13 Other Fee 3 | | |
| 14 Other Fee 4 | | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Patrick Roque | | | Case number | 1910210 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| /s/ Alicia Salinas | | | Date | 07/23/2019 |
|---|---|---|---|---|
| Signature | | | | |

| **Print:** | Alicia Salinas | | Title | Bankruptcy Case Manager |
|---|---|---|---|---|
| Company | NewRez LLC DBA Shellpoint Mortgage Servicing | | | |
| Address | PO Box 10826 | | | |
| | Greenville | SC | 29603-0826 | |
| Contact phone | (800) 365-7107 | Email | mtgbk@shellpointmtg.com | |

NewRez LLC DBA Shellpoint Mortgage Servicing  Phone Number: (800) 365-7107
PO Box 10826                                    Fax:          (866) 467-1137
Greenville, SC  29603-0826
                                                Email:  mtgbk@shellpointmtg.com

RE: Debtor 1     Patrick Roque
    Debtor 2

Case No:     1910210

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 7/23/2019.

Western District of Louisiana, Shreveport Division
300 Fanin Street
Room 2201
Shreveport, LA  71101

Todd Johns
Chapter 13 Trustee
PO Box 1770
Shreveport, LA  71166

Kelli Rene' Cook
4070 Highway 80
Haughton, LA  71037-9458

Patrick Roque
2230 North Cross Dr
Shreveport LA  71107

/s/ Alicia Salinas